CHARLES H. SOUTHARD, Appellant, *v.* MARIA Moss, Impleaded, etc., Respondent.

(Argued March 6, 1894; decided March 20, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made December 5, 1892, which reversed a judgment entered upon a decision of the court on trial at Special Term overruling a demurrer interposed to the complaint, and which sustained such demurrer.

*Horace Secor, Jr.,* for appellant.

*Hamilton R. Squier* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

CHARLES H. SOUTHARD, Respondent, *v.* FREDERICK S. MYERS, Impleaded, etc., Appellant.

(Argued March 6, 1894; decided March 20, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made January 3, 1893, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

° *Hamilton R. Squier* for appellant.

*Horace Secor, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

* 66 Hun, 205.